Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARJEL McFADDIN, et al.

Plaintiff(s),

v.

CONAGRA BRANDS, INC.

Defendant(s).

Case No: 3:17-cv-00387

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Angela M. Spivey, an active member in good standing of the bar of Georgia and Mississippi, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Conagra Brands, Inc. in the above-entitled action. My local co-counsel in this case is Laura Coombe, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| McGuireWoods LLP, 1230 Peachtree St, NE, Suite 2100, Atlanta, GA 30309-3534 | McGuireWoods LLP, 1800 Century Park East, 8th Floor, Los Angeles, CA 90067-1501 |
| My Telephone # of Record: (404) 443-5720 | Local Co-Counsel's Telephone # of Record: (310) 315-8200 |
| My Email Address of Record: aspivey@mcguirewoods.com | Local Co-Counsel's Email Address of Record: lcoombe@mcguirewoods.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 672522.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2017

_____
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Angela Spivey is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 14, 2017.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                October 2012