**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
ANDREW C. HAMILTON (299877)
*andrew@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:   (619) 798-2006
Facsimile:   (313) 293-7071

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARJEL MCFADDIN and MARK BEASLEY, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>CONAGRA BRANDS, INC.<br><br>  Defendant. | Case No.: 3:17-cv-387-WHA<br><br>**PLAINTIFFS' CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

    The undersigned certifies that as of this date, other than the named party, there is no such interest to report.

DATED: March 2, 2017                                      Respectfully Submitted,

                                                                /s/ Gregory S. Weston
                                                                **THE WESTON FIRM**
                                                                 GREGORY S. WESTON
                                                                 ANDREW C. HAMILTON
                                                                1405 Morena Blvd., Suite 201
                                                               San Diego, CA 92110
                                                               Telephone:    (619) 798-2006
                                                               Facsimile:    (313) 293-7071

                                                               *Counsel for Plaintiff*

1

*McFaddin et al. v. ConAgra Brands, Inc.*, Case No.: 3:17-cv-387-WHA
PLAINTIFFS' CERTIFICATION AND NOTICE OF INTERESTED PARTIES